**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7409**

CARL D. GORDON,

                    Plaintiff - Appellant,

          v.

DIRECTOR FRED SCHILLING, Health Services Director of
Virginia Department of Corrections; MARK AMONETTE, Chief
Physician of the Virginia Department of Corrections,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Norman K. Moon, Senior
District Judge. (7:15-cv-00095-NKM-RSB)

Submitted: February 3, 2017          Decided: March 3, 2017

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Carl D. Gordon, Appellant Pro Se.   Nancy Hull Davidson,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl D. Gordon seeks to appeal the district court's order granting in part and denying in part Defendants' motion for summary judgment in his 42 U.S.C. § 1983 (2012) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Gordon seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED